# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Enrique Lopez-Payan**<br>YOB: 1984; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-05927MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 20, 2019, at or near Sasabe, in the District of Arizona, **Luis Enrique Lopez-Payan**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on June 15, 2018 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Enrique Lopez-Payan** is a citizen of Mexico. On June 15, 2018, **Luis Enrique Lopez-Payan** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On March 20, 2019, agents found **Luis Enrique Lopez-Payan** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Luis Enrique Lopez-Payan** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
  Being duly sworn, I declare that the foregoing is
  true and correct to the best of my knowledge.
HHB/JJO
AUTHORIZED AUSA /s/Heather Sechrist

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE

Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
March 21, 2019

[1] See Federal rules of Criminal Procedure Rules 3 and 54